IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40832
Conference Calendar
_____

VERNON KING, JR.,

                                        Plaintiff-Appellant,

versus

FELICIA M. TURNER, Nurse,
Michael Unit,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-379
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Vernon King, Jr., No. 590316, is BARRED from proceeding in forma pauperis (IFP) under the Prison Litigation Reform Act of 1995 (PLRA) because, on at least three prior occasions while incarcerated, King has brought an action or appeal in a United States court that was dismissed as frivolous. King v. Dowdy, No. 96-50256 (5th Cir. July 16, 1996); King v. Little, No. 96-50183 (5th Cir. June 27, 1996) (dismissals of appeals as frivolous); King v. Little, No. W-94-CA-328 (W.D. Tex. Feb. 26, 1996) (dismissal of complaint as frivolous and for

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

failure to state a claim); see 28 U.S.C. § 1915(g); <u>Adepegba v. Hammons</u>, 103 F.3d 383, 388 (5th Cir. 1996).  Accordingly, King's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  The appeal is DISMISSED.

King has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.